

FILED
2016 Mar-31 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| GLORIA RODGERS, as Adminstrator of the Estate of John Rodgers,<br><br>      Plaintiff<br><br>v.<br><br>AWB INDUSTRIES, INC. d/b/a AIRCRAFT TOOL SUPPLY COMPANY, et. al,<br><br>      Defendants | CIVIL ACTION NO. 1:14-CV-00605 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF

Comes now the Defendant, AWB Industries, Inc. d/b/a Aircraft Tool Supply Company, [hereinafter "AWB"], and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to enter summary judgment as to all of Plaintiffs' claims against the Defendant. In support of this Motion, AWB submits the following:

    Exhibit 1.    A narrative summary of undisputed facts;

    Exhibit 2.    Deposition of Scott Wallace;

    Exhibit 3.    Deposition of Rodney Findley;

    Exhibit 4.    Deposition of Desmond Lynch;

Exhibit 5.  Deposition of Floyd Sherman Rodgers;

Exhibit 6.  Deposition of David McFarlane;

Exhibit 7.  Deposition of Matthew Lykins;

Exhibit 8.  Deposition of Micheal E. Maddox, Ph.D.;

Exhibit 9.  Deposition of John Goglia;

Exhibit 10. Federal Aviation Administration, Aviation Maintenance Technician Handbook – General, FAA-H-8083-30, pp. 11-5, 11-14 (2008);

Exhibit 11. Federal Aviation Administration, Aviation Maintenance Technician Handbook – Powerplant, Vol. I, FAA-H-8083-32, p. 10-40 (2012);

Exhibit 12. Federal Aviation Administration, Advisory Circular AC43-13-1B, "Acceptable Methods, Techniques, and Practices – Aircraft Inspection and Repair", Par 8-14, pp.8-7 to 8-8 (9/27/2001);

Exhibit 13. Federal Aviation Administration, Advisory Circular AC91-42D, "Hazards of Rotating Propeller and Helicopter Rotor Blades" (3/3/1983); and

Exhibit 14. Federal Aviation Administration, Aviation Maintenance Technician Handbook – Powerplant, Vol. I, FAA-H-8083-32, p.1-26 (2012).

                                        Respectfully Submitted,

                                        /s/Paul J. DeMarco
                                        Attorney for Defendant
                                        AWB Industries, Inc.

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway
300 Shelby Building
P. O. Box 661228 (35266)
Birmingham, AL 35216
pdemarco@pljpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of March 2016, I electronically filed the foregoing pleading with the Clerk of the Court using the electronic filing system of the court which will send notification of such filing to the following counsel of record in this case:

Drew Barnett
Belt & Bruner, P.C.
Lakeshore Park Plaza, Suite 113
2204 Lakeshore Drive
Birmingham, AL 35209

Matt Abbott
Attott Law Firm, LLC
2100 Morris Avenue
Birmingham, AL 35203

James Gray, III
Anthony Watkins, Jr.
Devon Rankin
Lloyd, Gray, Whitehead & Monroe, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

                                        /s/Paul J. DeMarco
                                        OF COUNSEL