
Case 1:14-cv-00605-ACA   Document 101   Filed 03/26/19   Page 1 of 1
Case: 17-10897    Date Filed: 03/22/2019    Page: 1 of 1

FILED
2019 Mar-26  AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 17-10897

_____

District Court Docket No.
1:14-cv-00605-VEH

GLORIA RODGERS,
as Administrator of the Estate of John Rodgers,

                    Plaintiff - Appellant,

versus

AWB INDUSTRIES, INC.,
d.b.a. Aircraft Tool Supply Company, a corporation,

                    Defendant - Appellee,

MCFARLANE AVIATION, INC., et al.,

                    Defendants.

_____

Appeal from the United States District Court for the
Northern District of Alabama
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 21, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 03/22/2019**